UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KENDALL ELK LOOKS BACK,<br><br>        Defendant. | CR 20-30051<br><br>REDACTED INDICTMENT<br><br>POSSESSION OF AN UNREGISTERED FIREARM<br><br>26 U.S.C. §§ 5841, 5845(a)(4), 5861(d), and 5871, and 28 U.S.C. § 2461(c) |

The Grand Jury charges:

On or about the 13th day of January 2019, in the District of South Dakota, the defendant, Kendall Elk Looks Back, did knowingly possess a firearm as described by 26 U.S.C. § 5845(a)(4), namely a weapon made from a rifle, more particularly described as a .22 Long Rifle caliber, bolt action rifle, bearing serial number 1173026, with a barrel of less than 16 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5841, in violation of 26 U.S.C. §§ 5861(d) and 5871.

**ASSET FORFEITURE**

1.    The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 28 U.S.C. § 2461(c) and 26 U.S.C. § 5872.

2.    Upon conviction of the offense in violation of 26 U.S.C. § 5861(d), set forth in this Indictment, the defendant, Kendall Elk Looks Back, shall forfeit to the United States pursuant to 28 U.S.C. § 2461(c) and 26 U.S.C. § 5872 any

firearm and ammunition involved in the commission of the offense, including, but not limited to a .22 Long Rifle caliber, bolt action rifle, bearing serial number 1173026;

All pursuant to 28 U.S.C. § 2461(c) and 26 U.S.C. § 5872.

A TRUE BILL:

**NAME REDACTED**
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____